UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER FREEMIRE, | CASE NO. 3:25-cv-05037-JNW |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court raises this matter on its own accord. On January 16, 2025, Plaintiff Jenifer Freemire filed a Proposed Motion for Leave to Proceed In Forma Pauperis, along with a proposed Complaint. Dkt. No. 1. On the same day, the Clerk of Court issued a Notice of Filing Deficiency, informing Freemire that "the incorrect In Forma Pauperis (IFP) Application was submitted," directing Freemire to "file the corrected IFP Application by 2/18/2025," and providing instructions on how to do so. *See* Dkt. No. 2. The deadline for Freemire to rectify the deficiency in her IFP application has since passed, and she has failed to comply with the Clerk's directions. *See* Dkt. This failure is grounds to terminate her case.

**ORDER** - 1

But rather than immediately terminating her case, the Court ORDERS Freemire, within TWENTY-ONE (21) days of this Order, to (1) pay the filing fee; (2) submit a proper IFP application as directed by the Clerk; or (3) show cause, in writing, why the Court should not terminate her case. Failure to comply with this Order will result in the termination of Freemire's case.

It is so ORDERED.

Dated this 3rd day of March, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2