UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER FREEMIRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 3:25-cv-05037-JNW<br><br>ORDER |

　　　　This matter comes before the Court on Plaintiff Jenifer Freemire's Application to Proceed in Forma Pauperis (IFP). Dkt. No. 4. The Court GRANTS Freemire's IFP application and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Freemire has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), *see* Dkt. No. 1-1, Freemire need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General

**ORDER** - 1

Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

It is so ORDERED.

Dated this 5th day of March, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2